UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

MARTIN WOLMARK,

        Defendant.

ORDER

No. 13-2550 (DEA)

RECEIVED
JAN 2 7 2014
DOUGLAS E. ARPERT
U.S. MAGISTRATE JUDGE

## ORDER

This matter being open to the Court on the application of defendant, Martin Wolmark (Marc Agnifilo, Esq., appearing), and in the presence of the United States of America (AUSA Joseph Gribko, appearing) having no opposition, and for good cause show, IT IS ORDERED THAT:

(1) N.J. Pretrial Services should release Aliza Wolmark's passport to the Wolmark family for the duration of her trip to Israel;

(2) The Wolmark family must forward Aliza Wolmark's flight itinerary to N.J. Pretrial Services as soon as her flights are booked; and

(3) The Wolmark family must return Aliza Wolmark's passport to N.J. Pretrial Services within a reasonable time after Aliza's return, and in any event no later than February 10, 2014.

SO ORDERED:

Dated: January 27, 2014
Newark, NJ

Honorable Douglas E. Arpert
United States Magistrate Judge

Marc Agnifilo, Esq.
Attorney for Martin Wolmark

AUSA Joseph Gribko