UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA :

v. : **ORDER**

MARTIN WOLMARK, : No. 13-2550 (DEA)

         Defendant. :

## ORDER

    This matter being open to the Court on the application of defendant, Martin Wolmark (Marc Agnifilo, Esq., appearing), and in the presence of the United States of America (AUSA Joseph Gribko, appearing) having no opposition, and for good cause show, IT IS ORDERED THAT:

    Martin Wolmark's bail conditions are hereby modified to allow Wolmark to leave his home in Monsey, NY, at 2:00 pm on Friday, April 25, 2014, to travel to Far Rockaway, NY, and to return to Monsey, NY, by 12:00 am on Saturday night, April 26, 2014.

SO ORDERED:

Dated: April __, 2014
      Trenton, NJ

                                          Honorable Douglas E. Arpert
                                          United States Magistrate Judge

Marc Agnifilo, Esq.
Attorney for Martin Wolmark

AUSA Joseph Gribko