UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

MARTIN WOLMARK,

        Defendant.

ORDER

No. 13-2550 (DEA)

## ORDER

This matter being open to the Court on the application of defendant, Martin Wolmark (Marc Agnifilo, Esq., appearing), and in the presence of the United States of America (AUSA Joseph Gribko, appearing) having no opposition, and for good cause shown, IT IS ORDERED THAT:

The home confinement component of Martin Wolmark's bail conditions is hereby modified from home incarceration to home detention.

SO ORDERED

Dated: May 22, 2014
Trenton, NJ

                                            Honorable Douglas E. Arpert
                                            United States Magistrate Judge

Marc Agnifilo, Esq.
Attorney for Martin Wolmark

AUSA Joseph Gribko