UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

MARTIN WOLMARK,

          Defendant.

**ORDER**

No. 13-2550 (DEA)

14-CR-287 (FLW)

## ORDER

This matter being open to the Court on the application of defendant, Martin Wolmark (Marc Agnifilo, Esq., appearing), and in the presence of the United States of America (AUSA Joseph Gribko, appearing) having no opposition, and for good cause show, IT IS ORDERED THAT:

    Martin Wolmark's bail conditions are hereby modified to allow Wolmark to leave his home in Monsey, NY, at 3:00 pm on Friday, June 27, 2014, to travel to Brooklyn, NY, and to return to Monsey, NY, by 1:00 am on Sunday morning, June 29, 2014.

SO ORDERED:

Dated: June 27th, 2014
Trenton, NJ

Honorable Douglas E. Arpert
United States Magistrate Judge

Marc Agnifilo, Esq.
Attorney for Martin Wolmark

AUSA Joseph Gribko